UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN HOTALING,<br>Plaintiff,<br>v.<br><br>FRED BOWERS, WARDEN,<br><br>Defendant. | ) | Civil No. 26-cv-14178-ADB |

**ORDER**

BURROUGHS, D.J.

Plaintiff John Hotaling ("Hotaling"), proceeding *pro se* and serving a federal sentence at FMC Devens in Ayer, Massachusetts, has filed a complaint concerning the handling of his incoming legal mail by FMC Devens staff. [Dkt. No. 1].

With the complaint, plaintiff filed a motion for leave to proceed *in forma pauperis*, [Dkt. No. 2], a motion for preliminary injunction [Dkt. No. 4], and a motion for an order directing the clerk to mark court mail as either "SPECIAL MAIL-Open only in the presence of the inmate" or include the name of the clerk on the return address of court mail [Dkt. No. 3].

Federal Rule of Civil Procedure 65(a)(1) authorizes a court to issue a preliminary injunction "only on notice to the adverse party." Fed. R. Civ. P. 65(a)(1). Plaintiff will be required to serve the defendant with copies of the motion for preliminary injunction along with the complaint. The Court will address the request for a preliminary injunction after the defendant has had an opportunity to file a response.

Upon review the Court Orders:

1. The motion for leave to proceed *in forma pauperis*, [Dkt. No. 2], is ALLOWED. Plaintiff John Hotaling meets the statutory requirements of 28 U.S.C. § 1915(a) and his motion is

accompanied by his prison account statement. [Dkt. No. 2-1]. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $13.64. The remainder of the fee, $336.36, shall be paid in accordance with 28 U.S.C. § 1915(b)(2). The Clerk shall send the standard Notice to Prison form to the treasurer's office at the institution having custody of Hotaling.

2. The Clerk shall issue a summons for service of the complaint and send the summons, a copy of the complaint [Dkt. No. 1], a copy of the motion for preliminary injunction [Dkt. No. 4], and this Order to the plaintiff, who must serve the defendant with these documents in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. The plaintiff may elect to have service made by the United States Marshals Service ("USMS"). If plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. Because Hotaling is suing a federal official, he must also serve copies of the summonses, the complaint, and this order on the Attorney General of the United States and the United States Attorney for the District of Massachusetts. <u>See</u> Fed. R. Civ. P. 4(i)(3). The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United States.

4. Plaintiff shall have 90 days from the date of this Order to complete service. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to plaintiff. <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass). es.

5. The motion for an order, [Dkt. No. 3], is <u>GRANTED</u> in part and <u>DENIED</u> in part. The portion of the motion seeking to have the Court include additional identification on mail will

be allowed for the mailing of this order. The Clerk shall include on the envelope with this Order the designation "SPECIAL MAIL-Open only in the presence of the inmate."

**SO ORDERED.**

/s/ Alliston D. Burroughs ____

September 15, 2026

ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE